AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| FORTUNE HI-TECH MARKETING, INC. ) <br> ) <br> *Plaintiff* ) <br> v. ) Civil Action No. 5:10-cv-123-KSF <br> JOSEPH M. ISAACS and FORTUNE SOCIAL, LLC ) <br> ) <br> *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FORTUNE SOCIAL, LLC
  Joseph Isaacs
  4274 Enfield Court #1600
  Palm Harbor, FL 34685

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian M. Johnson
  Jason T. Ams
  Greenebaum Doll & McDonald PLLC
  300 West Vine Street, Suite 1100
  Lexington, KY 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **LESLIE G. WHITMER**

Date: APR 0 7 2010

*Rebecca Demsey*
*Signature of Clerk or Deputy Clerk*

# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| EASTERN DISTRICT OF KENTUCKY | | 5:10-CV-123-KSF | |

**Plaintiff:** FORTUNE HI-TECH-MARKETING

-v-

**Defendant:** JOSEPH M. ISAACS AND FORTUNE SOCIAL, LLC

NATIONWIDE SERVICE CENTER
PATRICIA KAROTKIN
2522 LOWER MASON CREEK RD.
BANDERA, TX. 78003

**Process**
SUMMONS; COMPLAINT

**Served Upon**
FORTUNE SOCIAL, LLC
4274 ENFIELD COURT   R/A JOSEPH ISAACS   PALM HARBOR, FL. 34685

Received this process on April 9, 2010 at 4:00PM and Served the same on
FORTUNE SOCIAL, LLC
at 1:11PM on April 10, 2010, in PALM HARBOR, PINELLAS County, FL

## SUBSTITUTE SERVICE:

FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO
THE PERSON WHO ACCEPTED SAID PROCESS.
By Serving: "JOHN DOE" REFUSED TO GIVE HIS NAME
   As: SON/CO-RESIDENT

## Comments:

UPON ATTEMPTING ADDRESS ON 4/8 @ 8:50 PM, MALE OCCUPANT ANSWERED DOOR, STATING THAT HE WAS NOT DEFENDANT, AND THAT MR. ISSACS WAS OUT OF THE COUNTRY FOR 2 MONTHS. HE DID STATE THAT HE STAYED THERE. WHEN QUESTIONED MAN FOR MORE INFORMATION, HE BECAME VERY RUDE, STATING HE DID NOT NEED TO ANSWER MY QUESTIONS. SERVER STATED TO HIM THAT AT THIS POINT SHE WAS ASSUMING HE WAS SUBJECT AND ASKED HIM TO PROVIDE HER WITH IDENTIFICATION. OCCUPANT THEN STATED HE DIDN'T NEED TO SHOW HER ANYTHING AND ASKED HER TO LEAVE, THAT HE HAD NOTHING ELSE TO TALK TO HER ABOUT. WHEN UPDATED CLIENT, SERVER WAS PROVIDED WITH PHOTO OF DEFENDANT, JOSEPH ISSACS, WHICH WAS INDEED THE MALE THAT SERVER SPOKE TO AT THE GIVEN ADDRESS. UPON RETURNING TO LOCATION TO SERVE DEFENDANT, DOOR WAS ANSWERED BY YOUNG MALE. UPON QUESTIONING HIM, HE STATED HE DID RESIDE AT ADDRESS. SERVER INFORMED HIM THAT SHE HAD DOCUMENT FOR MR. ISSACS AND THAT SHE WAS AUTHORIZED TO LEAVE IT WITH A CURRENT RESIDENT, AS SHE SHOWED HIM THE PICTURE OF MR. ISSACS AND STATED MR. ISSACS WOULD NOT IDENTIFY HIMSELF AT PREVIOUS ATTEMPT. HE DID NOT WANT TO ACCEPT AND STATED HE NEEDED TO CALL HIS DAD. UPON RETURNING BACK TO DOOR, HE STATED HE WAS TOLD HE WAS NOT ABLE TO ACCEPT DOCUMENT BECAUSE HE WAS A MINOR, SERVER ASKED HIM HOW OLD HE WAS, AND HE STATED HE WAS 17. SERVER INFORMED HIM THAT SHE WAS ABLE TO SERVE DOCUMENT, AS PER FLORIDA STATUTE, UPON ANY OCCUPANT, 15 YEARS OR OLDER. HE SAID HE WAS NOT TAKING IT, AND CLOSED THE DOOR. SERVER THEN DOCUMENTED DATE, TIME AND INITIALED DOCUMENT, PLACED AT DOOR AND STATED HE WAS LEGALLY SERVED.

Circuit Certified Or Appointed Process Server:

LYNDA HERBRANSON
APS#48384 - County

4/14/2010
Tracker SQL v9.09
*Affidavit*

I Acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing doucment and that the facts stated in it are true. F.S.92.525(2).

Our #: 186819
Client's #:

NATIONWIDE SERVICE CENTER
PATRICIA KAROTKIN
2522 LOWER MASON CREEK RD.
BANDERA, TX. 78003