UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 10-123-KSF

FORTUNE HI-TECH MARKETING, INC.            PLAINTIFF

v.                          **ORDER**

JOSEPH M. ISAACS, *et al.*                        DEFENDANTS

* * * * * * * * * *

       Currently before the Court is the motion of the plaintiff, Fortune Hi-Tech Marketing, Inc. ("Fortune"), for an order finding the defendants, Joseph M. Issacs and Fortune Social, LLC, in contempt of the Court's May 18, 2010 agreed injunctive order. This motion is fully briefed and ripe for review.

       On May 18, 2010, the Court entered its Order requiring, *inter alia*, the defendants to immediately take offline and render inaccessible certain websites that Fortune contends the defendants had used to misappropriate its intellectual property [DE #25]. In its motion for contempt, Fortune now contends that the defendants are continuing to transmit e-mails from one of the websites that they agreed and were ordered to take offline. In response, the defendants agree to voluntarily discontinue use of the disputed email address until the arbitrator rules in this case.

1

Accordingly, the Court being fully and sufficiently advised, hereby **ORDERS** that Fortune's motion for contempt [DE #27] is **DENIED WITHOUT PREJUDICE** to refiling in the event that the defendants take any further action in violation of this Court's Order.

This June 29, 2010.

Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**