UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*FILED ELECTRONICALLY*

CIVIL ACTION NO. 5:10-CV-123-KSF

FORTUNE HI-TECH MARKETING, INC.                                                  PLAINTIFF

                                    STATUS OF ARBITRATION REPORT
v.

JOSEPH M. ISAACS, ET AL.                                                         DEFENDANTS.


                                    *   *   *   *   *   *   *

COMES NOW, Defendant, Joseph M. Isaacs, and pursuant to this Court's Order of February 7th, 2011 submits the follow Status of Arbitration Report:

1. The arbitration of the matter concerning Isaacs has been greatly impacted by the filing of the class action with this Court in the case entitled, <u>Yvonne Day, et al. v. Fortune Hi-Tech Marketing, Inc.,</u> Case No. 5:2010-CV-00305.

2. Due to the filing of that class action, the Arbitrator has permitted Isaacs to file his counter-claim as well as a request to intervene as a class representative in the <u>Day</u> case.

3. Thereafter, the Arbitrator bifurcated Plaintiff's claims against Isaacs with respect to defamation, and his "smear campaign", due to the fact that those issues will be more properly litigated in the class action.

4. As of this date, the only issues remaining in the arbitration are Plaintiff's claims against Isaacs for cyber-squatting, and trademark violation. Substantive discovery disputes have

arisen on these issues, and a discovery status conference with the Arbitrator is set for February 18th 2011 at 2 p.m.

        Respectfully submitted,

        s/Edward J. Smith
        Edward J. Smith
        George W. Cochran
        Smith, Greenberg & Leightty, PLLC
        2321 Lime Kiln Lane, Ste. C
        Louisville, KY   40222
        (502) 426-1058
        *Attorney for Respondents/Counter-Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Respondents' Voluntary Withdrawal of Counterclaim was served electronically on this 18th day of February, 2011 upon:

        Brian M. Johnson
        Jason T. Ams
        Greenebaum Doll & McDonald PLLC
        300 West Vine Street, Suite 1100
        Lexington, Kentucky 40507

        s/ Edward J. Smith
        Counsel for Respondents
        -Counter-Claimants