ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **FORTUNE HI-TECH MARKETING, INC.,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| VS. ) | **CASE NO. 5:10-CV-123-KSF** |
| ) | |
| ) | |
| **JOSEPH M. ISAACS, et al.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| ) | |

***** ***** ***** *****

## PLAINTIFF'S STATUS REPORT

Plaintiff, Fortune Hi-Tech Marketing, Inc. ("Fortune"), submits this status report in accordance with the Court's Order of February 7, 2011.

Fortune has received Defendants' status report, which does not reflect the substance of a conference call with the arbitrator that occurred at 2:00 this same day.  During that call, the date scheduled for the arbitration hearing was continued indefinitely.  The arbitrator had previously bifurcated Fortune's claims of defamation and tortious interference due to Defendant Joseph Isaacs's effort to intervene in a class action pending before the Court (Judge Coffman presiding), which Isaacs claims to have instigated.  Because of Isaacs's continuing efforts to disrupt Fortune's business, Fortune is moving for reconsideration of the bifurcation order so that the arbitration can proceed ahead on all of Fortune's claims so that Isaacs may be held accountable for all of his activities.  At this time, it is unknown when the arbitration hearing will be rescheduled.

Respectfully submitted,

 /s/ Brian M. Johnson
Brian M. Johnson
Jason T. Ams
Greenebaum Doll & McDonald PLLC
300 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: 859-231-8500
Facsimile: 859-255-2742
COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Brian M. Johnson, hereby certify that on this 18th day of February, 2011, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing e-mail to the following:

- **Fred E. Fugazzi , Jr**
  bfugazzi@bowlesrice.com

- **David Leightty**
  dleightty@earthlink.net

- **John Thomas Rawlings , Jr**
  trawlings@bowlesrice.com

- **Edward J. Smith**
  esmith@sglfirm.com,kburke@sglfirm.com


　　　　　　　　　　　　　　　　　　　　/s/ Brian M. Johnson
　　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFF


fortune_isaacs - status report.doc

3